PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Michael W. Mitchell  **Docket Number:** 01-00720-001
**PACTS Number:** 4675

**Name of Sentencing Judicial Officer:** HONORABLE Joseph A. Greenaway, Jr.

**Date of Original Sentence:** 04/22/2002

**Original Offense:** ROBBERY - BANK

**Original Sentence:** 63 month imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release    **Date Supervision Commenced:** 04/23/07

**Assistant U.S. Attorney:** Andre M. Espinosa, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** David Holman, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

On September 3, 2009, Michael Mitchell was court-ordered to enter residential drug treatment. On September 24, 2009, the offender was admitted at Integrity House for inpatient drug treatment. On Saturday, October 17, 2009, the offender walked out of the facility without authorization to do so.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: 10/19/09

PROB 12C - Page 2
Michael W. Mitchell

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10-19-09
Date